IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBRA WILLIAMS,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| | : NO. 09-3826 |
| v. | : |
| **LVNV FUNDING LLC, ET AL.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW**, this _____ of June, 2010, upon consideration of Plaintiff's Motion to Compel the Depositions of Corporate Representatives of Defendants, LVNV Funding LLC ("LVNV") and Abrahamsen & Associates, P.C. ("Abrahamsen"), and to Compel Full and Complete Responses to Discovery from Defendant Abrahamsen (Doc. 13); Defendants' Responses in Opposition thereto (Docs. 14 & 16); Defendant Abrahamsen's Motion for Protective Order (Doc. 17); and, Plaintiff's Response in Opposition thereto (Doc. 19), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** that Defendant Abrahamsen's Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** as follows:

1. Defendant LVNV shall produce a corporate representative to be deposed by Plaintiff **within ten (10) days** of the date of this Order or risk further sanctions upon application to this Court.

2. Defendant Abrahamsen shall produce a corporate representative to be deposed by

      Plaintiff **within ten (10) days** of the date of this Order or risk further sanctions upon application to this Court.

3. Defendant Abrahamsen shall produce full and complete responses to Plaintiff's Interrogatory Nos. 10, 11, 12, 14 and 15, and Document Request Nos. 7 and 31 **within ten (10) days** of the date of this Order or risk further sanctions upon application to this Court.

4. The parties shall meet and confer on the language of a stipulated protective order and contact the Court by letter **within fourteen (14) days** indicating the status of discovery with respect to Plaintiff's Interrogatory Nos. 6 and 13, and Document Request Nos. 10, 34, and 36.[1]

                                **BY THE COURT:**

                                /s/ Petrese B. Tucker

                                _____

                                **Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Defendant Abrahamsen represented that it is prepared to produce full and complete responses to Plaintiff's Interrogatory Nos. 6 and 13, and Document Request Nos. 10, 34, and 36, provided that the parties agree to a protective order. The Court expects the parties to make a good-faith effort to agree to a protective order, and to resolve the remaining discovery issues without further application to the Court.