IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA WILLIAMS, | : |
| Plaintiff, | : CIVIL ACTION |
| | : NO. 09-3826 |
| v. | : |
| LVNV FUNDING LLC, ET AL., | : |
| Defendants. | : |

## ORDER

**AND NOW,** on this ___ day of September, 2010, upon consideration of correspondence from Plaintiff's counsel dated September 21, 2010, advising that the parties in the above-captioned case have reached a settlement agreement as to the last remaining Defendant, Abrahamsen & Associates, P.C., **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Local Rule 41.1(b) states that "whenever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."